# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ——————————————— | ) | |
| **SHAKER AAMER (ISN 239),** | ) | |
| **NABIL HADJARAB (ISN 238),** | ) | |
| **AND AHMED BELBACHA (ISN 290),** | ) | |
|  | ) | |
| **Petitioners,** | ) | |
|  | ) | |
| **v.** | ) | **Civil Action Nos. 04-2215 (RMC)** |
|  | ) | **05-1504 (RMC)** |
| **BARACK H. OBAMA,**[1] ***et al*.,** | ) | **05-2349 (RMC)** |
|  | ) | |
| **Respondents.** | ) | |
| ——————————————— | ) | |

## ORDER

For the reasons stated in the Opinion issued simultaneously with this Order, it is

hereby

**ORDERED** that the motions for preliminary injunction filed by Petitioners

Shaker Aamer, Nabil Hadjarab, and Ahmed Belbacha[2] are **DENIED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: July 16, 2013

/s/
ROSEMARY M. COLLYER
United States District Judge

---

[1] Former President George W. Bush was named as the original Respondent in this case. Pursuant to Federal Rule of Civil Procedure 25(d), his successor, President Barack H. Obama, is substituted.

[2] The Petitioners' identical motions for preliminary injunction are: Civil No. 04-2215 [Dkt. 212]; Civil No. 05-1504 [Dkt. 291]; and Civil No. 05-2349 [Dkt. 243].